JANUARY 19, 1961.

No. 62. LEAHY *v.* UNITED STATES. Certiorari, 363 U. S. 810, to the United States Court of Appeals for the Ninth Circuit. Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Arthur D. Klang* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.